21248.   ANDERSON *v.* THE STATE.

BLOODWORTH, J.   There is no evidence to support the finding of the jury, and the court erred in overruling the motion for a new trial.

*Judgment reversed.   Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1931.

*E. L. Cowart,* for plaintiff in error.
*R. N. Odum, solicitor, H. H. Elders, M. W. Eason,* contra.